HIRSCHFELD *v.* HIRSCHFELD.

APPEAL AND ERROR—DECREE ENTERED BY STIPULATION.
Where an appeal from a decree entered by stipulation is wholly without merit, the. questions presented will not be considered.

Appeal from Wayne; Mandell (Henry A.), J.     Submitted January 3, 1928.     (Docket No. 26.)     Decided February 14, 1928.

Separate bills by Philip Hirschfeld against Joseph Hirschfeld and others for partition, division and an accounting.     The cases were consolidated and tried as one.     From a decree by stipulation of the parties, plaintiff appeals.     Affirmed.

*Harry Cohen* (*Edmund E. Shepherd,* of counsel), for plaintiff.

' CLARK, J.     Philip Hirschfeld and Joseph Hirschfeld are brothers.     .They owned real estate in common and they owned personal property, a part of which was devoted to the business in which they were engaged.     Two bills were filed seeking in the aggregate partition, division, and accounting.     The causes were consolidated.     Toward the close of proof Judge Mandell suggested to the litigants, men of mature business experience, and to their counsel, also experienced and reputable as well, the advisability of settlement.     Accordingly, the brothers and their respective counsel met in the office of counsel for plaintiff and agreed upon a settlement.     Returning into court, counsel for plaintiff, with counsel for defendant, in the presence of plaintiff, dictated into the record, in open court, a

stipulation for decree, and decree was entered thereon. Later plaintiff developed dissatisfaction, engaged other counsel and has appealed. His appeal is wholly without merit and it presents no question worthy of consideration.

Decree affirmed, with costs to defendant.

NORTH, FELLOWS, WIEST, McDONALD, and SHARPE, JJ., concurred. FLANNIGAN, C. J., did not sit.

The late Justice BIRD took no part in this decision.